# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

**Today's Date:**

### ACCOUNT HOLDER & REQUESTER INFORMATION:

| | | | |
|---|---|---|---|
| **Account Holder Name:** | | | |
| **Billing Address:** | | | |
| **City:** | **State:** | | **Zip Code:** |
| **Requester Telephone:** | **Requester Email:** | | |

### PAY.GOV TRANSACTION DETAILS:

| | |
|---|---|
| **Pay.gov Tracking ID Number:** | **Fee Type:** ☐ Attorney Admission  ☐ Civil Case Filing  ☐ Notice of Appeal  ☐ Pro Hac Vice  ☐ Writ of Habeas Corpus |
| **Agency Tracking ID Number: 0971-** | |
| **Full Case Number (if applicable):** | |
| **Transaction Date:** | **Transaction Time:** |
| **Transaction Amount (Amount to be refunded):** | |
| **Reason for Refund Request:** | |

**NOTES:**
- The information required above can be found in the Pay.gov Screen Receipt or the Payment Confirmation e-mail.
- For information on submitting this form to the court, see: cand.uscourts.gov/ecf/payments.
- For questions, contact the ECFHelpDesk at ECFHelpDesk@cand.uscourts.gov or 1-866-638-7829 Mon-Fri 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| **Refund Request:** ☐ Approved  ☐ Denied  ☐ Denied - Resubmit Amended Application (see Reason for Denial) | |
| Approval / Denial Date: | Refund Approved By: |
| Pay.gov Refund Tracking ID Refunded: | |
| Agency Refund Tracking ID Number: | |
| Date Refund Processed: | Refund Processed By: |
| Reason for Denial (if applicable): | |
| Referred for OSC Date (if applicable): | |

